# UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION

| | |
|---|---|
| In re:<br><br>ANDREW C. HECKER,<br><br>*Debtor.* | Case No. 04-76913-SCS |
| CHRISTINA L. HECKER,<br><br>*Plaintiff,*<br><br>v.<br><br>ANDREW C. HECKER,<br><br>*Defendant.* | APN 05-7021-SCS<br><br><br>Chapter 7 |

## ORDER REQUIRING THE PARTIES TO RECORD THEIR ORAL STIPULATIONS AT TRIAL IN A WRITTEN MEMORANDUM

As stated in the Memorandum Opinion issued in the above-captioned adversary proceeding on September 20, 2005, the parties agreed to stipulate to the majority of the counts in the Complaint. It is ORDERED that the parties prepare and enter a written order of those stipulations with this Court within 30 days.

It is further ORDERED that the Clerk shall forward a copy of this Order to Michael L. Donner, Esquire, Counsel for the Plaintiff, and Gary B. Allison, Esquire, Counsel for the Defendant.

11/21/05

STEPHEN C. ST. JOHN
United States Bankruptcy Judge

NOTICE OF JUDGMENT OR ORDER
Entered on docket NOV 21 2005