# UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| In re:<br><br>ANDREW C. HECKER,<br><br>*Debtor.* | Case No. 04-76913-SCS |
| CHRISTINA L. HECKER,<br><br>*Plaintiff,*<br><br>v.<br><br>ANDREW C. HECKER,<br><br>*Defendant.* | APN 05-7021-SCS<br><br><br>Chapter 7 |

## ORDER DETERMINING DEBT TO BE DISCHARGEABLE
## UNDER SECTION 523(a)(5)

For the reasons stated in the Memorandum Opinion issued in the above-captioned adversary proceeding on September 20, 2005, it is ORDERED that the debt in the amount of $19,000.00 plus interest to the above-named Plaintiff is hereby declared to be dischargeable.

It is further ORDERED that the Clerk shall forward a copy of this Order to Michael L. Donner, Esquire, Counsel for the Plaintiff, and Gary B. Allison, Esquire, Counsel for the Defendant.

11/21/05

STEPHEN C. ST. JOHN
United States Bankruptcy Judge